UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARDOSO, JOSEPH R | § | Case No. 11-83438 |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/7/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

    Dated: 10/02/2012    By: /s/BERNARD J. NATALE
                                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARDOSO, JOSEPH R | § | Case No. 11-83438 |
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,000.00 |
| *and approved disbursements of* | $ | 50.00 |
| *leaving a balance on hand of* [1] | $ | 9,950.00 |
| **Balance on hand:** | $ | 9,950.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |
| | | | Total to be paid to secured creditors: | $ | 0.00 |
| | | | Remaining balance: | $ | 9,950.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,558.04 | 0.00 | 2,558.04 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |
| Total to be paid for chapter 7 administration expenses: | | $ | 4,601.04 |
| Remaining balance: | | $ | 5,348.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,348.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,348.96

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 249,247.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Aba | 2,840.17 | 0.00 | 60.95 |
| 2 | CVF Consumer Acqusition Co its successors and | 521.60 | 0.00 | 11.19 |
| 3 | Bank of America NA | 245,886.11 | 0.00 | 5,276.82 |

Total to be paid for timely general unsecured claims: $ 5,348.96
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 99.81 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Atlas Acquisitions LLC (GECC) | 99.81 | 0.00 | 0.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-83438-MB
Joseph R Cardoso                                                    Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Oct 16, 2012
                              Form ID: pdf006         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2012.
```
db         +Joseph R Cardoso,    815 W. Lincoln Boulevard,    Freeport, IL 61032-4913
18046745    Aba,    300 1/2 South 2nd,    Clinton, IA 52732
17626652   +Allied Business Accounts, Inc.,    c/o William R. Shirk,    301 E. Main Street,
             Morrison, IL 61270-2852
18534825   +Atlas Acquisitions LLC  (GECC),    294 Union St.,    Hackensack, NJ 07601-4303
18431029   +BANK OF AMERICA, N.A.,    c/o Christopher M. Cahill,    LOWIS & GELLEN LLP,
             200 West Adams Street, Suite 1900,    Chicago, IL 60606-5229
17626653   +Bally Total Fitness,    c/o Michael Bablo, James Riley LLC,    PO Box 3228,
             Naperville, IL 60566-3228
17626654   +Bank Financial,    3443 W. Touhy Avenue,    Lincolnwood, IL 60712-2716
17626655   +Bank of America,    PO Box 45155,    FL 9-100-04-24 Bldg. 100, 4th Floor,
             Jacksonville, FL 32232-5155
18406384    CVF Consumer Acqustion Co its successors and,    assigns as assignee of NCO Group Inc,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17626656   +Carrington Mortgage Home,    PO Box 54285,    Irvine, CA 92619-4285
17626657   +Credit Bureau Center,    PO Box 273,    Monroe, WI 53566-0273
17626658   +Johnson Diversey,    c/o Chaet Kaplan Baim Firm,    30 N. LaSalle Street, Suite 1520,
             Chicago, IL 60602-3387
17626659   +La Paloma Scientific Corporation,    947 S. Arcade,    Freeport, IL 61032-6036
17626660   +LaPaloma Scientific,    947 S. Arcade,    Freeport, IL 61032-6036
17626663   +Ruth Cardoso,    1250 Palmer,    Freeport, IL 61032-4824
17626664   +United Food Service,    1301 Estes Avenue,    Elk Grove Village, IL 60007-5403
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18533625   +E-mail/Text: bnc@atlasacq.com Oct 17 2012 02:17:45     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
17626665   +E-mail/Text: jherndon@uic.edu Oct 17 2012 02:19:02     University of IL Medical Center,
             PO Box 12199,    Chicago, IL 60612-0199
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17626661*   +LaPaloma Scientific,    947 S. Arcade,    Freeport, IL 61032-6036
17626662*   +LaPaloma Scientific,    947 S. Arcade,    Freeport, IL 61032-6036
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett           Page 2 of 2           Date Rcvd: Oct 16, 2012
                              Form ID: pdf006          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2012 at the address(es) listed below:
           Bernard J Natale   on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
           Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
           Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
           Scott E Hillison   on behalf of Plaintiff Bernard Natale mmagnuson@bjnatalelaw.com
           Thomas E. Laughlin   on behalf of Debtor Joseph Cardoso tloff@aol.com
           TOTAL: 5