# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: CARDOSO, JOSEPH R      § Case No. 11-83438
                              §
                              §
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $51,690.00                Assets Exempt: $19,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,348.96   Claims Discharged
                                             Without Payment: $419,314.00

Total Expenses of Administration: $4,651.04

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $73,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,651.04 | 4,651.04 | 4,651.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 423,431.94 | 249,347.69 | 249,347.69 | 5,348.96 |
| **TOTAL DISBURSEMENTS** | $496,431.94 | $253,998.73 | $253,998.73 | $10,000.00 |

4) This case was originally filed under Chapter 7 on August 03, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2013            By: /s/BERNARD J. NATALE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference/Fraudulent Conv - Sheila Cardoso | 1241-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Carrington Mortgage Home | 4110-000 | 73,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$73,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk of the U S Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 23.54 | 23.54 | 23.54 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,534.50 | 2,534.50 | 2,534.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $4,651.04 | $4,651.04 | $4,651.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Aba | 7100-000 | 2,840.00 | 2,840.17 | 2,840.17 | 60.95 |
| 2 | CVF Consumer Acqusition Co its successors and | 7100-000 | 1,937.35 | 521.60 | 521.60 | 11.19 |
| 3 | Bank of America NA | 7100-000 | 243,339.32 | 245,886.11 | 245,886.11 | 5,276.82 |
| 4 | Atlas Acquisitions LLC (GECC) | 7200-000 | N/A | 99.81 | 99.81 | 0.00 |
| NOTFILED | Ruth Cardoso | 7100-000 | 43,000.00 | N/A | N/A | 0.00 |
| NOTFILED | United Food Service | 7100-000 | 88,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Johnson Diversey c/o Chaet Kaplan Baim Firm | 7100-000 | 42,998.27 | N/A | N/A | 0.00 |
| NOTFILED | University of IL Medical Center | 7100-000 | 668.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Financial | 7100-000 | 279.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Center | 7100-000 | 370.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $423,431.94 | $249,347.69 | $249,347.69 | $5,348.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83438  
**Case Name:** CARDOSO, JOSEPH R  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/03/11 (f)  
**§341(a) Meeting Date:** 09/12/11  

**Period Ending:** 02/20/13  

**Claims Bar Date:** 02/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 Interest Residence: 815, Freeport, IL 61032 | 33,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking: Cornerstone Credit Union # | 890.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1/2 of Misc. Household Goods & Furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | LaPoloma Scientific +/- $15,000 Liquidation Valu | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Preference/Fraudulent Conv - Sheila Cardoso (u) | 0.00 | 15,000.00 | | 10,000.00 | FA |
| 6 | **Assets** Totals (Excluding unknown values) | **$51,690.00** | **$15,000.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO PURSUE FRAUDULENT CONVEYANCE OF REAL ESTATE.

**Initial Projected Date Of Final Report (TFR):** July 1, 2013     **Current Projected Date Of Final Report (TFR):** October 2, 2012 (Actual)

Printed: 02/20/2013 10:54 AM    V.13.11

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-83438 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | CARDOSO, JOSEPH R | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***0732 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 02/20/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/13/12 | {6} | Sheila Cardoso | Compromise of Controversy | 1241-000 | 10,000.00 | | 10,000.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,975.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,950.00 |
| 11/07/12 | 101 | Clerk of the U S Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: DEFERRAL FEE 12-96091 | 2700-000 | | 293.00 | 9,657.00 |
| 11/07/12 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,750.00, Trustee Compensation;  Reference: | 2100-000 | | 1,750.00 | 7,907.00 |
| 11/07/12 | 103 | Aba | Distribution paid  2.14% on $2,840.17; Claim# 1; Filed: $2,840.17; Reference: | 7100-000 | | 60.95 | 7,846.05 |
| 11/07/12 | 104 | CVF Consumer Acqusition Co its successors and | Distribution paid  2.14% on $521.60; Claim# 2; Filed: $521.60; Reference: | 7100-000 | | 11.19 | 7,834.86 |
| 11/07/12 | 105 | Bank of America NA | Distribution paid  2.14% on $245,886.11; Claim# 3; Filed: $245,886.11; Reference: | 7100-000 | | 5,276.82 | 2,558.04 |
| 11/07/12 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,558.04 | 0.00 |
| | | | Dividend paid 100.00%        2,534.50 on $2,534.50;  Claim# ATTY; Filed: $2,534.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%           23.54 on $23.54;  Claim# EXP; Filed: $23.54 | 3110-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,000.00 | 10,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.00 | $10,000.00 | |

Net Receipts :          10,000.00

Net Estate :          $10,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******39-66 | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)                                                                                                                                             Printed: 02/20/2013 10:54 AM    V.13.11